1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. JONES,<br><br>      Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>      Defendant. | CASE NO.: 2:14-cv-4345-MMM-AJW<br><br>**[PROPOSED]** ORDER DISMISSING CASE WITH PREJUDICE<br><br>[Filed Concurrently With:<br>-   Stipulation for Dismissal.]<br><br>Complaint Filed: May 2, 2014 |

-1-

## **ORDER OF DISMISSAL**

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: December 4, 2014     _____
                            THE HONORABLE MARGARET M. MORROW
                            UNITED STATES DISTRICT JUDGE